AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jared Edwards ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 09-cv-10263 |
| Keenen Ivory Wayans, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jared Edwards

Date: 12/18/2009

*Attorney's signature*

Ariel Graff (AG-8039)
*Printed name and bar number*

Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003
*Address*

agraff@twglaw.com
*E-mail address*

(212) 257-6800
*Telephone number*

(212) 257-6845
*FAX number*