USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 12/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARED EDWARDS,

Plaintiff,

v.

KEENEN IVORY WAYANS; SHAWN WAYANS; MARLON WAYANS; WAYANS BROTHERS PRODUCTIONS; and ST. MARTIN'S PRESS, INC.,

Defendants.

CASE NO. 09-CV 10263

**ORDER TO FILE EXHIBIT UNDER SEAL**

WHEREAS, the Plaintiff, Jared Edwards, is commencing the above-captioned action by filing his Complaint against Defendants Keenen Ivory Wayans, Shawn Wayans, Marlon Wayans, Wayans Brothers Productions, and St. Martin's Press, Inc., for, *inter alia*, unlawful copyright infringement of Plaintiff's literary work, a copy of which is annexed to the Complaint as Exhibit 1;

WHEREAS, Defendants' allegedly infringing publication, which incorporates much of the text of Exhibit 1 largely verbatim, is annexed to the Complaint as Exhibit 3;

WHEREAS, Exhibit 3 is a bound book that cannot be readily reproduced in PDF format in accordance with this Court's electronic filing requirements;

WHEREAS, Exhibit 3 includes an Edition Notice page stating that copyright in the allegedly infringing publication is purportedly owned by persons other than Plaintiff; and

WHEREAS, the electronic filing procedures of this Court provide for the filing of a non-electronic, hard copy exhibit upon an Order of this Court to File Exhibit Under Seal;

IT IS HEREBY ORDERED that:

Plaintiff may file Exhibit 3 to his Complaint under seal by delivering a true copy thereof to Records Management, room 270, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007; and

Plaintiff may electronically file, as Exhibit 3 to his Complaint, a PDF excerpt of Exhibit 3, consisting of the Cover Page and Edition Notice of Exhibit 3 as filed under seal, together with a copy of this Order.

Dated: December 17, 2009
New York, New York

_____
United States District Judge   Pt. I
for J. McMahon