## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: 09 CV 10263                                    Date Filed: 12/17/2009

Plaintiff:
**Jared Edwards**

vs.

Defendant:
**Keen Ivory Wayans; Shawn Wayans ; Marlon Wayans; Wayans Brothers Productions and St. Martin's Press**

For:
Kenneth Thompson
Thompson Wigdor & Gilly LLP
85 5th Avenue
5th Floor
New York, NY 10003

Received by Direct Process Server, LLC on the 18th day of December, 2009 at 2:32 pm to be served on **St. Martin's Press, 175 Fith Avenue, New York, NY 10010**

I, Paul Dezio, being duly sworn, depose and say that on the **21st day of December, 2009 at 12:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint and Exhibits Order To File Exhibit Under Seal**, to: **Paul J. Sleven as Sr. Consuel** for **St. Martin's Press**, at the address of: **175 Fith Avenue, New York, NY 10010** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of January, 2010 by the affiant who is personally known to me.

_Rita A. Lenz_
NOTARY PUBLIC

RITA A. LENZ
NOTARY PUBLIC, STATE OF NEW YORK
No. 01LE6075395
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES JUNE 8, 2010

_Paul Dezio_
1321601

Direct Process Server, LLC
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 343-6331
Our Job Serial Number: 2009000787

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x