UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------- x

JARED EDWARDS,

               Plaintiff,

      - against -

KEENAN IVORY WAYANS, SHAWN WAYANS, MARLON WAYANS, WAYANS BROTHERS PRODUCTIONS, and ST. MARTIN'S PRESS, INC.,

              Defendants.

----------------------------------------------------------- 

No. 09 Civ. 10263 (CM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that ELISA MILLER, an attorney with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter her appearance as attorney for Defendant ST. MARTIN'S PRESS, INC. in the above-captioned proceeding, and requests that notice of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the below address.

Dated: New York, New York
January 12, 2010

                        Respectfully submitted,

                        DAVIS WRIGHT TREMAINE LLP

                        By:   /s/ Elisa L. Miller
                             Elisa L. Miller
                         *Attorneys for Defendants*
                         1633 Broadway 27th floor
                         New York, New York 10019
                         (212) 489-8230

## **CERTIFICATE OF SERVICE**

I, Elisa Miller, hereby certify that on January 12, 2010, a true and correct copy of the foregoing Notice of Appearance was served by ECF and regular mail upon:

Kenneth P. Thompson, Esq.
Ariel Y. Graff, Esq.
THOMPSON WIGDOR & GILLY LLP
85 Fifth Avenue
New York, NY 10003

/s/ Elisa L. Miller
Elisa L. Miller